EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney

TRACY A. HINO  #3202
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 1 2004

at ____ o'clock and ___min. ___M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR 04-00072 DAE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. _____ |
| Plaintiff, | INDICTMENT |
| vs. | 8 U.S.C. §§ 1326(a) and 1326(b)(2) |
| JOSE GUADALUPE PALAFOX-BARAJAS, aka JOSE GUADALUPE PALAFOX, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about January 25, 2004, in the District of

Hawaii, JOSE GUADALUPE PALAFOX-BARAJAS, also known as JOSE

GUADALUPE PALAFOX, an alien who was excluded, deported, and

removed from the United States on or about June 24, 2003,

subsequent to being convicted of an aggravated felony, was

thereafter found in the United States, having knowingly and

unlawfully entered the United States without first having

obtained the consent of the Attorney General of the United States

or his successor, the Secretary for Homeland Security (Title 6,

United States Code, Sections 202(3), (4), and 557) for re-

application by the Defendant for admission into the United

States.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

In violation of Title 8, United States Code, Sections
1326(a) and 1326(b)(2).

        DATED:  _February 11_ , 2004, at Honolulu, Hawaii.

                              A TRUE BILL

                              /s/

                    FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


J. MICHAEL SEABRIGHT
Assistant U.S. Attorney


TRACY A. HINO
Assistant U.S. Attorney


USA vs. JOSE GUADALUPE PALAFOX-BARAJAS,
aka JOSE GUADALUPE PALAFOX
"Indictment"

                              3