
# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 14, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 04-00072DAE |
| CASE NAME: | U.S.A. vs. JOSE GUADALUPE PALAFOX-BARAJAS, aka Jose Guadalupe Palafox |
| ATTYS FOR PLA: | Tracy A. Hino<br>Siave Iafeta, Special Agent, ICE |
| ATTYS FOR DEFT: | Glennn D. Choy |
| INTERPRETER: | Luz Vega |
| U.S.P.O.: | Teresa Longboy |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | March 14, 2006 | TIME: | 9:10 - 9:40 |

COURT ACTION: SENTENCING TO COUNT 1 OF THE INDICTMENT - DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE -

The defendant is present in custody.
The defendant's Motion for Downward Departure is DENIED.

Allocution by the defendant.

ADJUDGED: Impr of 60 months, to run consecutive to Cr. 04-00242DAE-01.

SUPERVISED RELEASE: 3 yrs upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4.  That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5.  That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6.  That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7   That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8.  That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office    access to any requested financial information to include submitting to periodic    debtor's examinations as directed by the Probation Office.

9..  That the defendant submit to removal proceedings, including deportation or exclusion as required by the Department of Homeland Security.  The defendant shall not enter the United States without proper authorization.

Special assessment: $100.
Advised of rights to appeal the sentence.
RECOMMENDATIONS: Lompoc, Ca.


Submitted by: David H. Hisashima, Courtroom Manager

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 14, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 04-00072DAE |
| CASE NAME: | U.S.A. vs. JOSE GUADALUPE PALAFOX-BARAJAS, aka Jose Guadalupe Palafox |
| ATTYS FOR PLA: | Tracy A. Hino<br>Siave Iafeta, Special Agent, ICE |
| ATTYS FOR DEFT: | Glennn D. Choy |
| INTERPRETER: | Luz Vega |
| U.S.P.O.: | Teresa Longboy |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | March 14, 2006 | TIME: | 9:10 - 9:40 |

COURT ACTION:  SENTENCING TO COUNT 1 OF THE INDICTMENT - DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE -

The defendant is present in custody.
The defendant's Motion for Downward Departure is DENIED.

Allocution by the defendant.

ADJUDGED: Impr of 60 months, to run consecutive to Cr. 04-00242DAE-01.

SUPERVISED RELEASE: 3 yrs upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7 That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office    access to any requested financial information to include submitting to periodic    debtor's examinations as directed by the Probation Office.

9.. That the defendant submit to removal proceedings, including deportation or exclusion as required by the Department of Homeland Security. The defendant shall not enter the United States without proper authorization.

Special assessment: $100.
Advised of rights to appeal the sentence.
RECOMMENDATIONS: Lompoc, Ca.


Submitted by: David H. Hisashima, Courtroom Manager