ORIGINAL

GLENN D. CHOY Hawaii Bar #1985
Attorney at Law
735 Bishop Street, Suite 322
Honolulu, HI  96813
Telephone:  (808) 533-7007

Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 24 2006

at ___ o'clock and 30 min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00072 DAE |
| Plaintiff, | ) ) ) | NOTICE OF APPEAL; CERTIFICATE OF SERVICE |
| vs. | ) ) | |
| JOSE GUADALUPE PALAFOX-BARAJAS, aka JOSE GUADALUPE PALAFOX, | ) ) ) ) | |
| Defendant. | ) ) | |

NOTICE OF APPEAL

Notice is hereby given that the Defendant-Appellant JOSE GUADALUPE PALAFOX-BARAJAS, also known as JOSE GUADALUPE PALAFOX, by and through Glenn D. Choy, Defendant-Appellant's Court-Appointed attorney, pursuant to Fed. R. App. P. 4(b) and Rule 300-2, Rules of the United States District Court for the District of Hawaii, appeals to the United States Court for the District of Hawaii from the Judgment of Conviction and Sentence of United States District Judge David A. Ezra filed on March 20, 2006.

DATED at Honolulu, Hawaii: March 23, 2006.

GLENN D. CHOY
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the following party at their last known address by mail on the date of filing.

> TRACY HINO, Esq.
> Assistant U.S. Attorney
> Room 6100, Prince Kuhio Federal Bldg.
> 300 Ala Moana Blvd.
> Honolulu, Hawaii

DATED:    Honolulu, Hawaii, March 23, 2006.

_____
Glenn Choy
Attorney for Defendant