# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

April 10, 2006

TRACY HINO, Assistant U.S. Attorney
Office of the United States Attorney
300 Ala Moana Blvd., Ste. 6100
Honolulu, HI 96813

IN RE:   U.S.A v. JOSE GUADALUPE PALAFOX-BA
CR NO.   CR 04-00072DAE

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 03/24/06.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk

By   Laila M. Geronimo
     Deputy

cc:   Clerk, 9th CCA w/copy of NA,
          docket sheet, dfnf
      Glenn D. Choy
          with copy of instructions for criminal appeals
          Transcript Desig. & Ordering Form
          with instructions and a copy of the
          docket sheet