Memorandum                                                          Date: April 10, 2006

To:     Parties in U.S. vs. JOSE GUADALUPE PALAFOX-BA

        D.C. No.: CR 04-00072DAE

From:   Clerk, United States District Court

        By: Criminal Appeals, deputy Clerk

Re:     Criminal Appeals Expediting Program


        The attached time schedule has been established pursuant to the Criminal Appeals Expediting Program of the U.S. Court of Appeals for the Ninth Circuit. Please note the due dates or payment of the docketing fee (if not already paid or proceeding under the CJA) and for designating the court reporter's transcript, if any. These dates are set under guidelines established by the Court of Appeals, and any modification of the dates can only be authorized by that court.

        A copy of your notice of appeal and other docketing information is being mailed to the court of Appeals forthwith. You will receive a docketing letter from the Court of Appeals with the appeal number and other essential information within a few days.

        If there is any uncertainty as to appellant's financial ability or counsel's willingness to prosecute the appeal, these questions should be brought immediately to the attention of the district judge or to the Court of Appeals. Failure to adhere to the attached time schedule may result in dismissal of the appeal and/or disciplinary measures against counsel of record. See Ninth Circuit Rule 42-1; Ninth Circuit Rules Appendix, 2-5.