*recvd 6/5/06*
*CB*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 06-10223 _____ U.S. District Court Case No. Cr 04-00072 _____

Short Case Title __U.S. v. Jose Guadalupe Palafox-Barajas_____

Date Notice of Appeal Filed by Clerk of District Court _____3/29/06_____

**FILED IN THE**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|

MAY 03 2006

Voir Dire **at** ____ o'clock and ____ min. *1* M
SUE BEITIA, CLERK

Opening Statements

Settlement Instructions

Closing Arguments

Jury Instructions

SEE ATTACHMENT

Pre-Trial Proceedings

(additional page for designations if necessary)                Other (please specify)

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )   As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X)   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered 5/3/06 _____ Estimated date for completion of transcript 6/3/06 _____

Print Name of Attorney __Glenn Choy_____ Phone Number __[808] 533-7007___

Signature of Attorney _Glenn Choy_____

Address _____735 Bishop St. #322, Honolulu, Hi 96813_____

**SECTION B** - To be completed by court reporter

I, _Cynthia Fazio_____ have received this designation.
(signature of court reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date __6/2/06___

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed form. The district court will not file the transcript without this completed form.

Date transcript filed _5/31/06_ Court Reporter's Signature _Cynthia Fazio_____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia _____ 06/15/06 _____ BY: _Alison Mooney_____
(U.S. District Court Clerk)        (date)                DEPUTY CLERK

SCANNED

## SECTION A

| HEARING DATE(S) | COURT REPORTER | PROCEEDING |
|---|---|---|
| 3/30/04 | C6F CD3 tape/<br>Mag. Kurren | Guilty Plea |
| 3/16/06 | Cynthia Fazio | Sentencing |