UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 27 2007

at __1__ o'clock and __10__ min __P__ M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOSE GUADALUPE PALAFOX-BARAJAS, aka Guadalupe Jose Palafox,<br><br>Defendant - Appellant. | No. 06-10223<br>D.C. No. CR-04-00072-DAE<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 02/27/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 21 2007

by: _____
Deputy Clerk