


Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

March 21, 2007

cc: DRW
Theresa.

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

RECEIVED
CLERK U.S. DISTRICT COURT
MAR 2 7 2007
DISTRICT OF HAWAII

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 06-10223 | USA v. Palafox-Barajas | CR-04-00072-DAE |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

Enclosure(s)
cc: All Counsel

```
INTERNAL USE ONLY: Proceedings include all events.
06-10223 USA v. Palafox-Barajas
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Tracy A. Hino<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| JOSE GUADALUPE PALAFOX-BARAJAS,<br>aka Guadalupe Jose Palafox<br>    Defendant - Appellant | Glenn D. Choy, Esq.<br>FAX 808/533-4007<br>808/533-7007<br>Suite 322<br>[COR LD NTC cja]<br>LAW OFFICE OF GLENN D. CHOY<br>735 Bishop Street<br>Honolulu, HI 96813 |