# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:   March 5, 2007

To:   United States Court of Appeals   Attn:   ( )   Civil
      For the Ninth Circuit
      Office of the Clerk                      (✓)   Criminal
      95 Seventh Street
      San Francisco, California 94103          ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 04-00072DAE            Appeal No:    06-10223
Short Title:  USA vs. Palafox-Barajas

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | | volumes ( ) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:#34, 35

Acknowledgment: _____   Date: _____

cc: counsel