

JOSE GUADALUPE PALAFOX
REG, NO. 52351-198
CALIFORNIA CITY CORRECTIONAL C.
P.O. BOX 3001-0001
CALIFORNIA CITY CA, 93504.

*********** LEGAL MAIL ***********

UNITED STATES DISTRICT COURT
U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII
U.S. COURTHOUSE
300 ALA MOANA BOULEVARD
HONOLULU 96850.
HAWAII

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 12 2007
DISTRICT OF HAWAII

Date JUN 0 6 2007

CCA
California City Correctional Center
P.O. Box 2590
22844 Virginia Blvd.
California City, Calif 93505

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee please return enclosure to above address.