CERTIFICATE OF SERVICE / OR MAILING

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 1 2 2007
at 4 o'clock and 15 min P M
SUE BEITIA, CLERK

CASE NAME: JOSE GUADALUPE PALAFOX   VS.   UNITED STATES OF AMERICA

CASE NUMBER: CR-04-00072-DAE

I, the undersigned, herby affirmed that on this 05 day of JUNE 2007. , I deposited in the recepticle for the United States mail provided at this Institution for inmates, first class pre-paid postage, in a sealed envelope and addressed to:

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

U.S. COURTHOUSE
300 ALA MOANA BOULEVARD
HONOLULU 96850.

a true and correct copy of the attached document(s) identified as follows:

1) ORIGINAL
2) COPIES

MOTION TO VACATE SET ASIDE
OR CORRECT SENTENCE BY A
PERSON IN FEDERAL CUSTODY
(28 U.S.C. §2255)

In accordance with Houston V. Lack 487 U.S. 266 (1988) these documents are deemed filed and served as of this date. Pursuant to 28 U.S.C. §1746(2). I further declare under the penalty of perjury that the foregoing is correct and true.

DATED: 6-1-07

AFFIANT