# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: March 5, 2007

06

To: United States Court of Appeals    Attn: ( )   Civil
     For the Ninth Circuit
     Office of the Clerk                 (✓)   Criminal
     95 Seventh Street
     San Francisco, California 94103    ( )   Judge

**RECEIVED**
CLERK U.S. DISTRICT COURT
SEP 17 2007
1:30 pm
DISTRICT OF HAWAII

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:     CR 04-00072DAE     Appeal No:    06-10223

Short Title:    USA vs. Palafox-Barajas

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | | volumes ( ) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:#34, 35

Acknowledgment: _____ Date: 3/6/07

cc: counsel