# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: March 5, 2007

To:   United States Court of Appeals     Attn:  ( )    Civil
      For the Ninth Circuit
      Office of the Clerk                        (✓)   Criminal
      95 Seventh Street
      San Francisco, California 94103            ( )    Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:         CR 04-00072DAE          Appeal No:    06-10223

Short Title:   USA vs. Palafox-Barajas


Clerk's Files in      1         volumes  (✓) original   ( ) certified copy

Bulky docs                      volumes (folders)   docket #

Reporter's                      volumes  ( ) original   ( ) certified copy
Transcripts

Exhibits                        volumes  ( ) under seal

                                boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:#34, 35


Acknowledgment: _____    Date: _____

RECEIVED
CLERK U.S. DISTRICT COURT

cc: counsel      JAN 22 2008      Came
                                  Back.
               DISTRICT OF HAWAII